# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elkino Denardo Dawkins, Sr., | **NO. CV-21-00287-TUC-DCB** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Sandra Jones, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 12, 2022, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

June 22, 2022

Debra D. Lucas
District Court Executive/Clerk of Court

By   s/ S. Araiza
     Deputy Clerk